UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRENDA SMITH,

    Plaintiff,                                              Case No. 20-cv-10790
                                                         Hon. Matthew F. Leitman

v.

C.R. BARD, INC., et al.,

    Defendants.

_____/

## **ORDER**

Having read and considered Parties' STATUS REPORT AND JOINT MOTION TO EXTEND STAY, and for other good cause shown, IT IS HEREBY ORDERED that the Parties' Motion is GRANTED, and discovery and all pretrial deadlines are hereby stayed for ninety (90) days after entry of this Order pending Plaintiff's dismissal. If Plaintiff has not filed dismissal papers within ninety (90) days from the stay being granted, the parties shall file a joint status report regarding the status of the settlement.

**IT IS SO ORDERED.**

                                                         /s/Matthew F. Leitman
                                                         MATTHEW F. LEITMAN
                                                         UNITED STATES DISTRICT JUDGE

Dated: January 12, 2021

Respectfully submitted, this 11th day of January, 2021.

| **ATTORNEY FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANTS** |
|---|---|
| */s/ Samuel M. Wendt (with permission)*<br>Samuel M. Wendt<br>Missouri Bar No. 53573<br>Wendt Law Firm, P.C.<br>4717 Grand Avenue<br>Suite 130<br>Kansas City, MO 64112<br>(816) 531-4415<br>sam@wendtlaw.com<br><br>*Attorneys for Plaintiff* | */s/ Sanjay Ghosh*<br>Taylor Tapley Daly<br>Georgia Bar No. 697887<br>Sanjay Ghosh<br>Georgia Bar No. 141611<br>Nelson Mullins Riley & Scarborough LLP<br>Atlantic Station<br>201 17th Street NW, Suite 1700<br>Atlanta, GA 30363<br>(404) 322-6000<br>taylor.daly@nelsonmullins.com<br>sanjay.ghosh@nelsonmullins.com<br><br> AND<br><br>*/s/ John G. Mitchell*<br>John G. Mitchell<br>SECREST WARDLE<br>2600 Troy Center Blvd.<br>P.O. Box 5025<br>Troy, MI 48007-5025<br>(248) 851-9500<br>jmitchell@secrestwardle.com<br><br>*Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.* |